UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MORTEZA BENJAMIN RAY KARIMI, | Case No. 17-cv-05702-JCS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, GRANTING PERMISSION FOR ELECTRONIC CASE FILING, AND INSTRUCTING THE U.S. MARSHAL TO SERVE PROCESS** |
| GOLDEN GATE SCHOOL OF LAW, et al., | |
| Defendants. | |
| | Re: Dkt. Nos. 2, 3 |

Plaintiff Morteza Benjamin Ray Karimi, pro se, brings this action for breach of contract, defamation, and intentional infliction of emotional distress against Defendants Golden Gate School of Law and Anthony Niedwiecki. Karimi has applied for permission to proceed in forma pauperis (dkt. 2) and to file electronically (dkt. 3). Good cause having been shown, both applications are GRANTED.

Without prejudice to any arguments that Defendants might raise after they are served, the Court finds no basis for dismissal at this time under 28 U.S.C. § 1915(e)(2)(B). The Clerk is instructed to issue summons and the United State Marshal is instructed to serve process on Defendants.

**IT IS SO ORDERED.**

Dated: October 11, 2017

JOSEPH C. SPERO
Chief Magistrate Judge