UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTEZA BENJAMIN RAY KARIMI<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN GATE SCHOOL OF LAW, et al.,<br><br>Defendants. | Case No. 17-cv-05702-JCS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: January 31, 2018<br>Mediator: Tamara Lange |

The request to excuse plaintiff Morteza Karimi from appearing in person at the January 31, 2018 mediation before Tamara Lange is DENIED. Plaintiff's prosecution of this lawsuit requires that Plaintiff on occasion appear in the Northern District of California where Plaintiff filed suit.

**IT IS SO ORDERED**.

Dated: January 18, 2018

Jacqueline Scott Corley
United States Magistrate Judge