MORTEZA BENJAMIN RAY KARIMI, IN PRO PER
14004 Merseyside Dr.
Pflugerville, TX 78660
(512)969-0934
nyccarini@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | | |
|---|---|---|
| MORTEZA BENJAMIN RAY KARIMI,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN GATE SCHOOL OF LAW,<br>DEAN ANTHONY NIEDWIECKI, in his<br>official capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: **3:17-cv-05702-JCS**<br><br>**STIPULATION; AND [PROPOSED] ORDER**<br><br><br><br><br><br><br><br>Judge:          Hon. Joseph C. Spero<br>Trial Date:     Not Yet Assigned.<br>Complaint Filed:  October 3, 2017 |

**KARIMI vs. GOLDEN GATE SCHOOL OF LAW, ET AL. [USDC-ND # 3:17-cv-05702-JCS]
STIPULATION; AND [PROPOSED] ORDER**
C:\Users\User\Desktop\Stipulation with Proposed Order.doc

# STIPULATION

Due to the highly likely unbeneficial outcome of the mediation conference set for March 21, 2018, Morteza Karimi ("Plaintiff") wishes to reschedule the March 21st mediation to to a date after the TRO and Preliminary Injunction hearing, subject to confirmation by the court-appointed mediator Tamara Lange, Esq.

If it is not possible to reschedule the mediation conference set on march 21, 2018, Plaintiff wishes to appear by telephone. At this time, Plaintiff does not have very much money and would be forced to make a twenty-six hour drive from Austin, Texas to San Francisco, California to attend the mediation that will most likely have no different outcome than the proposal already made by Defendant. Defendant has been unwavering in it's offer and has shown contempt for Plaintiff as a *pro se* litigant.

**IS SO STIPULATED**.

DATED:   March 12, 2018                    **PLAINTIFF, IN PRO PER**

BY:   _____
     MORTEZA BENJAMIN RAY KARIMI

**KARIMI vs. GOLDEN GATE SCHOOL OF LAW, ET AL. [USDC-ND # 3:17-cv-05702-JCS]
STIPULATION; AND [PROPOSED] ORDER**

C:\Users\User\Desktop\Stipulation with Proposed Order.doc                    -1-

**[PROPOSED] ORDER**

Pursuant to Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The mediation conference set for March 21, 2018, will be rescheduled to a date after the TRO and Preliminary Injunction hearing; if can not be rescheduled.

2. If mediation can not be rescheduled, Plaintiff will be allowed to appear by telephone for the mediation conference set on March 21, 2018.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Joseph C. Spero
Chief Magistrate Judge

**KARIMI vs. GOLDEN GATE SCHOOL OF LAW, ET AL. [USDC-ND # 3:17-cv-05702-JCS]
STIPULATION; AND [PROPOSED] ORDER**

C:\Users\User\Desktop\Stipulation with Proposed Order.doc                                                                              -2-