UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORTEZA BENJAMIN RAY KARIMI,

Plaintiff,

v.

GOLDEN GATE SCHOOL OF LAW, et al.,

Defendants.

Case No. 17-cv-05702-JCS

**ORDER REGARDING MOTION TO CONTINUE MEDIATION**

Re: Dkt. No. 47

Plaintiff Morteza Karimi has filed a motion to continue the date of the upcoming mediation due to the recent death of his mother. The parties are ORDERED to confer with the mediator to determine a mutually agreeable date for mediation. Any change to the mediation date may result in continuing the hearing on Karimi's pending motion for injunctive relief if necessary to allow the parties a sufficient opportunity to resolve the case before the motion is heard.

**IT IS SO ORDERED.**

Dated: March 14, 2018

_____

JOSEPH C. SPERO
Chief Magistrate Judge