# Exhibit A

| | |
|---|---|
| From: | Anthony Niedwiecki |
| To: | nvccarini@hotmail.com |
| Subject: | Important-Please Acknowledge Receipt |
| Date: | Thursday, September 14, 2017 10:53:55 PM |

September 14, 2017

Morteza Karimi

Via email

Dear Mr. Karimi,

Pursuant to the Standards of Student Conduct, Section J, this is to inform you that effective immediately you are placed on interim suspension from the Law School. You will be informed next week with the details for this suspension.

In the interim and pending receipt of further information from me, you are directed to not come on to campus at any time for any reason unless specifically invited to campus by me. And your access to the library, all electronic research systems, and the GGU email system is discontinued.

You shall not email any other students, faculty, or staff. And you are directed to only communicate with me via email.

If you violate these instructions you be will be subject to disciplinary action up to and including dismissal.

Please acknowledge receipt of this email.

Sincerely,

**Anthony Niedwiecki**
Dean
Professor of Law
415-442-6641 | aniedwiecki@ggu.edu
GGU Law Logo - Email

