# Exhibit B



GOLDEN GATE UNIVERSITY
SCHOOL OF LAW

September 19, 2017

Mr. Morteza Karimi
14004 Merseyside
Pflugerville, TX 78660

Dear Mr. Karimi:

I reviewed your emails sent to me over the weekend and I have reflected further on what is best, given the situation in your first several weeks at the Law School. I see two options on the horizon.

<u>**Option 1- Voluntary Withdrawal by You or Administrative Withdrawal by the School:**</u>
I am very concerned that your first year of law school has been off to such an unproductive start, that your ability to be successful this year is highly unlikely. Accepting your substantial tuition monies when the possibility for your success is so compromised is something that I do not want the School to do. The student handbook allows that students may voluntarily withdraw from the law school and that students may be administratively withdrawn by the School.

When withdrawal take place, it is not a disciplinary action and does not constitute a record of discipline. As the suspension is interim and there has not been a finding of code of conduct violation as of the current point of time, with a timely withdrawal, the interim suspension would not be a record of discipline in your file. As part of either voluntary withdrawal or administrative withdrawal, if you do so now and within ten days, I would exercise my discretion to direct that your payment of tuition and fees to GGU for this semester would be returned.

<u>**Option 2- Code of Conduct Proceedings:**</u>

Regarding your recent email to me about the interim suspension: this was, in my judgment, appropriately issued to you last week to ensure the safety and well-being of members of the University community and due to what I viewed as credible threat of disruption of or interference with the normal operations of the University.

Your beginning weeks of law school as a first year student have not been successful for you. By your very poor choice of behaviors, you have put yourself into a situation where you have brought disrepute on yourself with faculty and students. And, you have ignored the advice of, and in my opinion, violated instructions from the Administration.

Unless there is an voluntary withdrawal by you or an administrative withdrawal by the School, an interim suspension is followed by disciplinary procedures. Disciplinary procedures begin with a complaint by any member of the University community. In this case, since part of your

behavior that is concerning is that you did not follow my directions with regard to communications with others, I will complete the complaint form and submit it to the office of student conduct and professionalism if within 10 days of today there is neither a voluntary withdrawal by you or an administrative withdrawal by the School.

Please feel free to read section XVI of the student handbook which describes the investigation of complaint process and the resolution process. As described in that section, the interim suspension most likely would remain in effect. As described in the handbook, the various forms of discipline that can result from these processes are on pages 110-111 of the handbook, ranging from warning through suspension to expulsion.

<u>Input from You to Me:</u>

I offer you an opportunity to contribute to the choice of options above. I would like to hear from you as to the options for withdrawal. As I said above, with either form of voluntary or administrative withdrawal, if accomplished within the coming 7 days, I would direct the School bursar to take the needed steps such that the payment of tuition and fees to GGU for this semester would be returned to the source of the payment, within the coming approximately 30 days. No other payments from GGU would be paid, however. Kindly respond to me within the coming ten days to provide your input. If I do not hear from you, I will decide between administrative withdrawal and code of conduct proceedings without the benefit of input from you.

Thank you and I look forward to hearing from you.

Sincerely,

Anthony Niedwiecki
Dean and Professor of Law