UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTEZA BENJAMIN RAY KARIMI,<br><br>   Plaintiff,<br><br>   v.<br><br>GOLDEN GATE SCHOOL OF LAW, et al.,<br><br>   Defendants. | Case No. 17-cv-05702-JCS<br><br>**ORDER VACATING REFERRAL TO MEDIATION** |

IT IS HEREBY ORDERED that the referral to the Court's ADR program for Mediation is **VACATED**. The Court will discuss other forms of ADR at the next case management conference which is set for **July 13, 2018, at 2:00 PM.**

**IT IS SO ORDERED.**

Dated: June 7, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge