# VARTAIN LAW GROUP, P.C.
Professional Corporation
Attorneys at Law

601 Montgomery Street
Suite 780
San Francisco, California 94111-2664
Telephone: (415) 391-1155    Facsimile: (415) 391-1177

Michael J. Vartain, Esq.
Kathryn J. Burke, Esq.
Stacey L. Leask, Esq.

*Stacey L. Leask, Esq.*
*Direct: (415) 391-1155, ext. 223*

July 6, 2018

Honorable Magistrate Judge Joseph Spero                                              *Via PACER*
US District Court-Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Karimi v. Golden Gate School of Law, et al.**
      US District Court-CA Northern District, Case No. 3:17-cv-05702-JCS

To the Court:

A Case Management Conference is scheduled for the above-captioned case on July 13, 2018, at 2:00 p.m. in Courtroom G. Please be advised that counsel for Defendants Golden Gate School Of Law and Dean Anthony Niedwiecki will be appearing by telephone at the scheduled Case Management Conference via CourtCall, in compliance with the Judge's scheduling notes for telephonic appearances.

Enclosed is the service copy from CourtCall.

Thank you.

Very truly yours,

VARTAIN LAW GROUP

Stacey L. Leask

Enclosure

cc: client



6383 Arizona Circle
Los Angeles, CA 90045
Phone: (888) 882-6878
Fax: (888) 883-2946
CourtCall.com

Court Conference® is a division of CourtCall®

## CourtCall Appearance - Service Copy

This document shall serve as notice of a CourtCall Appearance by the participant listed below in the referenced case. Others wishing to appear remotely should contact CourtCall, LLC at (888) 882-6878 or (310) 342-0888.

Stacey L. Leask
Vartain Law Group
Tel:   (415) 391-1155
Fax:   (415) 391-1177
Case Name: Karimi vs. Golden Gate School of Law
Case Number: 3-17-CV-05702-JCS
Court Name: U.S. District Court-N.D. California (San Francisco) (CA)
Dept/Judge: Crtrm G  / Magistrate Judge Joseph C. Spero
Proceeding: Court Approved Telephonic Hearing
Date/Time: Friday, July 13th, 2018 at 2:00 PM PT

**Note: this is not a Confirmation of your CourtCall Appearance. Each participant must make his or her own arrangements with CourtCall.**

While clients can save money and Courts can become more efficient and generate revenue, CourtCall has the most impact upon practicing attorneys as it helps to give them their lives back. Attorneys can use the time they save using CourtCall to catch-up on other pressing matters, enjoy time with family and friends or otherwise take advantage of the time no longer spent traveling to and from Court. Call us for details. There are no subscriptions or equipment to buy.

**COURTCALL VIDEO IS HERE!** CourtCall is equipping Courtrooms of interested Judges with its state-of-the-art, browser-based video conferencing platform, enabling full video participation for traditional CourtCall Appearances. Lawyers only need a computer with sufficient bandwidth and a webcam to view and/or share video in accordance with a Judge's preferences. To learn more about video options, please ask a CourtCall representative.

The foregoing information may have been obtained from court records which may not reflect recent calendar changes. If it is inaccurate because your appearance has been continued, please apply this information to the new date. If the matter is off calendar, you have no involvement in the case or you do not wish to use this service, please disregard this notice. **Do not call the Court Clerk.**

Our representatives are available to make presentations for your firm, your clients, Bar Associations or other groups. Please call to schedule a presentation.

### Remote Appearances. Simplified.

CourtCall Appearances are available for over 2,000 Judges nationwide, with additional Courts being added monthly. Please visit our website at www.courtcall.com for a complete list of participating Courts and Judges across the US, Canada and other jurisdictions.