# VARTAIN LAW GROUP, P.C.

### Professional Corporation
### Attorneys at Law

601 Montgomery Street
Suite 780
San Francisco, California 94111-2664
Telephone: (415) 391-1155    Facsimile: (415) 391-1177

Michael J. Vartain, Esq.
Kathryn J. Burke, Esq.
Stacey L. Leask, Esq.

*Stacey L. Leask, Esq.*
*Direct: (415) 391-1155, ext. 223*

July 6, 2018

Honorable Magistrate Judge Joseph Spero        *Via PACER*
US District Court-Northern District of California
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Karimi v. Golden Gate School of Law, et al.**
       US District Court-CA Northern District, Case No. 3:17-cv-05702-JCS

To the Court:

A Case Management Conference is scheduled for the above-captioned case on July 13, 2018, at 2:00 p.m. in Courtroom G.  Please be advised that counsel for Defendants Golden Gate School Of Law and Dean Anthony Niedwiecki will be appearing by telephone at the scheduled Case Management Conference via CourtCall, in compliance with the Judge's scheduling notes for telephonic appearances.

Enclosed is the service copy from CourtCall.

Thank you.

Dated: July 9, 2018

Very truly yours,

VARTAIN LAW GROUP

Stacey L. Leask

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Enclosure

cc: client