UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>CIVIL MINUTE ORDER</u>

| **Case No.:** 17-cv-05702-JCS | **Case Name:** Karimi v. Golden Gate School of Law | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: July 13, 2018 | **Time:** 20 M |

**Attorney for Plaintiff:** No Appearance
**Attorney for Defendant:**  Stacey Leask (CourtCall)

**Deputy Clerk:** Karen Hom            **Court Reporter:**  Not Reported

<u>PROCEEDINGS</u>

1. Further Case Management Conference –  Held

<u>ORDERED AFTER HEARING</u>

Hearing on the discipline proceeding is postponed until after the settlement conference.

**CASE CONTINUED TO:**            at 2:00 PM for a case management conference.

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[X] Case referred to Magistrate Judge Donna Ryu, in Oakland, for a SETTLEMENT CONFERENCE to occur in October 2018 or as is convenient to the judge's calendar.  All parties must attend the settlement conference **in person**.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff: 01/31/19**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motion Filing Deadline:  2/15/19**
**Motions Hearing & Daubert Motions:**            at 9:30 AM
**Pretrial Conference:**            at 2:00 PM
**Trial:**            a*t* **8:30 AM for**            **days**     **[ ]  Jury  [ ]  Court**

**Order to be prepared by:**
[ ]  Plaintiff        [ ]  Defendant          [X]  Court

**cc:**  Ivy, MagRef