UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTEZA BENJAMIN RAY KARIMI,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN GATE SCHOOL OF LAW, et al.,<br><br>Defendants. | Case No. 17-cv-05702-JCS<br><br>**ORDER SEALING DOCKET ENTRY AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 29-18, 80 |

Docket entry 29-18 is SEALED for failure to comply with Rule 5.2(a) of the Federal Rules of Civil Procedure. Defendants have filed a redacted version of the same document as docket entry 79.

Plaintiff Morteza Karimi has filed objections (dkt. 80) to the referral of this case for a mandatory settlement conference. A judge's sexual orientation does not implicate the judge's ability to remain impartial. *See generally Perry v. Schwarzenegger*, 790 F. Supp. 2d 1119 (N.D. Cal. 2011), *affirmed sub nom. Perry v. Brown*, 671 F.3d 1052 (9th Cir. 2012).[1] Any further filings raising such arguments will be stricken as frivolous. The Court will consider Karimi's remaining objections at **a case management conference to occur at 2:00 PM on August 10, 2018**. If Karimi files a request to appear telephonically, the Court will call him directly rather than requiring him to appear via CourtCall.

**IT IS SO ORDERED.**

Dated: July 27, 2018

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The Supreme Court later vacated the Ninth Circuit's decision in *Perry v. Brown* on unrelated grounds. *Hollingsworth v. Perry*, 570 U.S. 693 (2013).